UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
May 27, 2014
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                           )<br>           Plaintiff,                          )<br>                                                           )<br>v.                                                       )<br>                                                           )<br>RICHARD C. SIHNER,                    )<br>                                                           )<br>           Defendant.                      ) | Case No. 2:14-CR-00151-JAM<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release  RICHARD C. SIHNER , Case No.  2:14-CR-00151-JAM  , Charge  18 USC § 1343 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___  Release on Personal Recognizance

    ✔    Bail Posted in the Sum of $25,000.00

         ✔   Unsecured Appearance Bond

         ___ Appearance Bond with 10% Deposit

         ___ Appearance Bond with Surety

         ___ Corporate Surety Bail Bond

         ✔   (Other)           Pretrial conditions as stated on the record.

Issued at  Sacramento, CA  on  May 27, 2014  at  2:32 p.m.

By _____
Dale A. Drozd
United States Magistrate Judge