1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   DOUGLAS J. BEEVERS, #288639
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, CA  95814
4   Tel: 916-498-5700/Fax 916-498-5710

5   Attorney for Defendant

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

    UNITED STATES OF AMERICA,          )  Case No.  14-cr-151 JAM
11                                      )
                 Plaintiff,             )  STIPULATION AND ORDER CONTINUING
12                                      )  STATUS CONFERENCE AND EXCLUDING
         v.                             )  TIME
13                                      )
    RICHARD C. SIHNER,                  )  Date:  September 23, 2014
14                                      )  Time: 9:30 a.m.
                 Defendant.             )  Judge: John A. Mendez
15                                      )
    _____)

16

17          IT IS HEREBY STIPULATED by and between the parties hereto through their

18  respective counsel, MATTHEW MORRIS, Assistant United States Attorney, attorney for

19  Plaintiff, and DOUGLAS J. BEEVERS, attorney for RICHARD C. SIHNER, that the status

20  conference hearing date of August 12, 2014 be vacated, and the matter be set for status

21  conference on September 23, 2014 at 9:30 a.m.

22          The reasons for this continuance are to allow defense counsel additional time to review

23  discovery, to examine possible defenses and to continue investigating the facts of the case.

24          Based upon the foregoing, the parties agree that the time under the Speedy Trial Act

25  should be excluded from the date of signing of this order through and including September 23,

26  2014 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local

27  Code T4 based upon continuity of counsel and defense preparation.

28

        Stipulation to Continue Status Conference          -1-                *U.S. v. Sihner,* 14-cr-151 JAM

1    Dated:  July 30, 2014                    Respectfully submitted,

2                                             HEATHER E. WILLIAMS
                                              Federal Defender
3

4                                             */s/ Douglas J. Beevers*
                                              DOUGLAS J. BEEVERS
5                                             Assistant Federal Defender
                                              Attorney for Defendant
6                                             RICHARD C. SIHNER

7

8    Dated: July 30, 2014                     BENJAMIN B. WAGNER
                                              United States Attorney
9

10                                            */s/ Douglas J. Beevers for Matthew Morris*
                                              MATTHEW MORRIS
11                                            Assistant U.S. Attorney

12
                                  **O R D E R**
13

14          UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the

15   August 12, 2014, status conference hearing be continued to September 23, 2014, at 9:30 a.m.

16   Based on the representation of defense counsel and good cause appearing there from, the Court

17   hereby finds that the failure to grant a continuance in this case would deny defense counsel

18   reasonable time necessary for effective preparation, taking into account the exercise of due

19   diligence.  The Court finds that the ends of justice to be served by granting a continuance

20   outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that

21   time up to and including the September 23, 2014 status conference shall be excluded from

22   computation of time within which the trial of this matter must be commenced under the Speedy

23   Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow

24   defense counsel reasonable time to prepare.

25   Dated: July 30, 2014

26                                   /s/ John A. Mendez_____
                                     Honorable John A. Mendez
27                                   United States District Court Judge

28