HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: 916/498-5700
Facsimile: 916/498-5710

Attorneys for Defendant
RICHARD SIHNER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:14 CR 151 JAM |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE |
| v. | |
| RICHARD SIHNER, | Judge:   Hon. John A. Mendez |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Matthew Morris, attorney for Plaintiff and Assistant Federal Defender Douglas Beevers, attorney for Richard Sihner, that Mr. Sihner was released under pretrial supervision on May 27, 2014. Condition number 4 of his "Special Conditions of Release" requires him to restrict his travel to the Eastern District of California unless otherwise approved in advance by the pretrial services officer.

The defendant, with the full support of his pretrial services officer, Darryl Walker, respectfully requests that this Court modify condition number 4 of his Special Conditions of Release. Rather than restricting Mr. Sihner's travel to the Eastern District of California, Mr. Sihner requests that his travel be restricted to the entire state of California.

The grounds for this modification are that Mr. Sihner has been compliant with all conditions of his pretrial release up to date and he would simply like the opportunity to visit family members who reside in California but live outside of the boundaries of the Eastern District of California.

The defendant makes this request pursuant to 18 U.S.C. § 3141(c) (3) which permits this Court to modify the conditions of release at any time.

Dated: April 14, 2015            Respectfully submitted,

                                           HEATHER WILLIAMS
                                           Federal Defender

                                           */s/ Douglas Beevers*
                                           DOUGLAS J. BEEVERS
                                           Assistant Federal Defender
                                           Attorney for Defendant
                                           RICHARD SIHNER

DATED: April 14, 2015           BENJAMIN B. WAGNER
                                           United States Attorney

                                           */s/ Douglas Beevers for*
                                           MATTHEW MORRIS
                                           Assistant U.S. Attorney
                                           Attorney for Plaintiff

## **O R D E R**

IT IS HEREBY ORDERED that condition number 4 of the Special Conditions of Release be modified to restrict the defendant's travel to the state of California unless otherwise approved in advance by the pretrial services officer.

Dated:  April 15, 2015

                                           CAROLYN K. DELANEY
                                           UNITED STATES MAGISTRATE JUDGE