HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
douglas_beevers@fd.org

Attorney for Defendant
RICHARD C. SIHNER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:14-cr-00151 JAM |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME |
| vs. | |
| RICHARD C. SIHNER, | Date: October 13, 2015<br>Time: 9:15 a.m. |
| Defendant. | Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Assistant United States Attorney Matthew Morris, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Douglas Beevers, attorney for Richard C. Sihner, that the status conference scheduled for October 13, 2015 be vacated and be continued to October 20, 2015 at 9:15 a.m.

The grounds for this continuance are that Defense counsel would like more time to review discovery and to investigate the facts of the case.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded as of this order's date through and including October 20, 2015; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

//

//

DATED: October 9, 2015                     Respectfully submitted,

                                           HEATHER E. WILLIAMS
                                           Federal Defender

                                           /s/ Douglas Beevers
                                           DOUGLAS J. BEEVERS
                                           Assistant Federal Defender
                                           Attorney for Richard C. Sihner


DATED: October 9, 2015                     BENJAMIN B. WAGNER
                                           United States Attorney

                                           /s/ Douglas Beevers for
                                           MATTHEW MORRIS
                                           Assistant U.S. Attorney
                                           Attorney for Plaintiff


## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including October 20, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered** the October 13, 2015 status conference shall be continued until October 20, 2015, at 9:15 a.m.

Dated: October 9, 2015

HON. JOHN A. MENDEZ
United States District Judge